COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Timothy Cannon, Jr and TIG Transportation LLC v. Barbara J.
                         Stanfield, Eugenia Clark and Mark Stanfield

Appellate case number:   01-21-00591-CV

Trial court case number:  2021-20472

Trial court:             215th District Court of Harris County

On January 5, 2023, the Court granted cross-appellant Barbara J. Stanfield's motion for extension of time to file her notice of appeal but the Court failed to take into account the stay in effect. Appellant contacted the Court concerning this oversight.

Accordingly, the Court **withdraws** the ruling of January 5, 2023 and issues this order in its place.

The Court lifts the stay imposed by the order of December 2, 2021 in case number 01-21-00674-CV, staying trial court and appellate proceedings in 01-21-00591-CV for the sole purpose of **granting** cross-appellant Barbara J. Stanfield's motion for extension of time to file her notice of appeal. Except for lifting the stay for the limited purpose of ruling on this motion, the stay of trial and appellate proceedings in this case and in 01-21-00674-CV remains in effect.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court


Date:    January 19, 2023_____